**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **SOCIAL POSITIONING INPUT SYSTEMS, LLC,** | § § § | |
| **Plaintiff,** | § § | **Case No: 3:21-CV-11630-FLW-TJB** |
| **vs.** | § § § | **PATENT CASE** |
| **RAPIDSOFT SYSTEMS, INC. d/b/a FIELD FORCE TRACKER,** | § § § § | |
| **Defendant.** | § § § | |

**PLAINTIFF'S ANSWERS AND DEFENSES TO**
**DEFENDANT'S COUNTERCLAIMS**

Now comes Plaintiff, Social Positioning Input Systems, LLC ("Plaintiff," "Counterclaim Defendant," or "SPIS"), by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 12, without admission of the legal sufficiency thereof and responding only to the factual allegations therein, and states as follows for its Answer and Defenses to Defendant and Counter Plaintiff Rapidsoft Systems, Inc. d/b/a Field Force Tracker ("Defendant," "Counterclaim Plaintiff," or "RSI") Counterclaims [Doc. 9] (hereafter the "Counterclaims") as follows:

**PARTIES**

1.      SPIS has insufficient knowledge of the allegations contained in paragraph 1 and therefore denies same.

2.      Admitted.

**JURISDICTION**

3.      SPIS incorporates by reference each of its answers in paragraphs 1-2 above.

4.      Admitted.

5.      SPIS admits that an actual cause and controversy exists concerning infringement of

the '365 Patent. SPIS denies any remaining allegations contained in paragraph 5.

6.     Admitted.

7.     Admitted.

8.     Admitted.

9.     Admitted.

10.    SPIS admits that an actual controversy exists concerning infringement of the '365

Patent. SPIS denies any remaining allegations contained in paragraph 10.

## COUNT I

11.    STI incorporates by reference each of its answers in paragraphs 1-11 above.

12.    Denied.

13.    Denied.

14.    SPIS admits that RSI seeks a declaratory judgment. SPIS denies any remaining

allegations contained in paragraph 14.

15.    Denied.

## COUNT II

16.    STI incorporates by reference each of its answers in paragraphs 1-16 above.

17.    Denied.

18.    Denied.

19.    Denied.

20.    SPIS admits that RSI seeks a declaratory judgment. SPIS denies any remaining

allegations contained in paragraph 20.

21.    Denied.

## PRAYER FOR RELIEF

To the extent a response is required, SPIS denies that RSI is entitled to any of the relief requested.

Dated: October 4, 2021.          Respectfully submitted,


                                  /s/  Mark A. Kriegel
                                  **MARK KRIEGEL**
                                  **LAW OFFICE OF MARK A. KRIEGEL, LLC**
                                  1479 Pennington Rd.
                                  Ewing, NJ 08618
                                  (609) 883-5133
                                  Fax: (609) 450-7237
                                  mkriegel@kriegellaw.com

                                  **ATTORNEYS FOR PLAINTIFF**

                                  **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically on October 4, 2021, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

                                  /s/ Mark A. Kriegel
                                  **MARK KRIEGEL**