Thomas F. Meagher
Michael D. Loughnane
Alan Christopher Pattillo
Meagher Emanuel Laks Goldberg & Liao, LLP
One Palmer Square
Suite 325
Princeton, NJ 08542
Tel: (609) 454-3500

Attorneys for Rapidsoft Systems Inc.

.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | | |
|---|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC, | § § § § § | Case No: 3:21-cv-11630-FLW-TJB Motion Day: November 1, 2021 |
| Plaintiff, | § § | NOTICE OF MOTION TO DISMISS |
| vs. | § § | |
| RAPIDSOFT SYSTEMS, INC. | § § | |
| Defendant. | § § | |

**PLEASE TAKE NOTICE** that on November 1, 2021, or at such time designated by the Court, Defendant Rapidsoft Systems, Inc. ("Rapidsoft") through their undersigned counsel, will move the Honorable Freda L. Wolfson, Chief Judge, at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Courtroom 5E, Trenton, NJ 08608 for an order granting Rapidsoft's Motion to Dismiss Plaintiff Social Positioning Input Systems, LLC's ("Social Positioning['s]") Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and 35 U.S.C. § 101.

2

**PLEASE TAKE FURTHER NOTICE** that, in support of their motion, Rapidsoft relies upon the accompanying Memorandum of Law together with all pleadings and proceedings on file in this matter.

| | |
|---|---|
| Dated: October 8, 2021 | By: /s/ *Thomas F. Meagher*<br>MEAGHER EMANUEL LAKS<br>GOLDBERG & LIAO, LLP<br>Thomas F. Meagher<br>tmeagher@meagheremanuel.com<br>Michael D. Loughnane<br>mloughnane@meagheremanuel.com<br>Alan Christopher Pattillo<br>cpattillo@meagheremanuel.com<br>One Palmer Square<br>Suite 325<br>Princeton, NJ 08542<br>Tel: (609) 454-3500<br><br>Attorneys for Rapidsoft Systems Inc. |