IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SOCIAL POSITIONING INPUT SYSTEMS, LLC,** | § § § |
| Plaintiff, | § Case No.: 3:21-cv-11630-FLW-ZNQ § |
| vs. | § PATENT CASE § |
| **RAPIDSOFT SYSTEMS, INC. d/b/a FIELD FORCE TRACKER,** | § § § |
| Defendant. | § § § |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Social Positioning Input Systems, LLC, and Defendant Rapidsoft Systems, Inc. d/b/a Field Force Tracker, by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all counter-claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: March 18, 2022        Respectfully submitted,

      */s/Mark A. Kriegel*
      **MARK KRIEGEL**
      **LAW OFFICE OF MARK A. KRIEGEL, LLC**
      1479 Pennington Rd.
      Ewing, NJ 08618
      (609) 883-5133
      Fax: (609) 450-7237
      mkriegel@kriegellaw.com

      **ATTORNEYS FOR PLAINTIFF**


      By: */s/Thomas F. Meagher*
      MEAGHER EMANUEL LAKS
      GOLDBERG & LIAO, LLP
      Thomas F. Meagher
      tmeagher@meagheremanuel.com
      Michael D. Loughnane
      mloughnane@meagheremanuel.com
      Alan Christopher Pattillo
      cpattillo@meagheremanuel.com
      One Palmer Square
      Suite 325
      Princeton, NJ 08542
      Tel: (609) 454-3500

      **ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that the foregoing document was filed electronically on March 18, 2022, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

      */s/Mark A. Kriegel*
      **MARK KRIEGEL**